IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Yamassee Indian Tribe, | C/A No.: 1:13-1577-TLW-SVH |
| Plaintiff, | |
| vs. | |
| Allendale County Government; Mr. Walter H. Sanders, Jr.; Harvey E. Rouse, Tax Assessor; Joe Mole, III; Ms. Thessa Smith; Calvin Brantley; and Elouise Brantley, | ORDER |
| Defendants. | |

     This is a civil action filed by a *pro se* litigant. Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

     By order issued on June 13, 2013, the court allowed Plaintiff an opportunity to bring this case into proper form within a specified time period. [Entry #10]. Plaintiff has complied with the court's order.

**<u>TO THE CLERK OF COURT</u>**:

     The Clerk of Court is directed *not* to issue the summonses or forward this matter to the United States Marshal for service of process at this time.

     IT IS SO ORDERED.

*Shiva V. Hodges*

July 25, 2013                              Shiva V. Hodges
Columbia, South Carolina            United States Magistrate Judge