IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Yamassee Indian Tribe,<br><br>PLAINTIFF<br><br>v.<br><br>Allendale County Government; Mr. Walter H. Sanders, Jr.; Harvey E. Rouse, Tax Assessor; Joe Mole, III; Ms. Thessa Smith; Calvin Brantley; and Elouise Brantley,<br><br>DEFENDANT | C/A No. 1:13-cv-01577-TLW-SVH<br><br><br>**Order** |

Plaintiff Yamassee Indian Tribe, proceeding *pro se*, filed this civil action alleging state and federal claims against the Defendants for actions taken regarding property Plaintiff allegedly purchased at a tax sale. (Doc. #1 at 1.) The matter now comes before the Court for review of the Report and Recommendation (Report) filed on January 10, 2014 by Magistrate Judge Hodges, to whom this case was assigned. (Doc. #38.) In the Report, the Magistrate Judge recommends denying Plaintiff's Motion for Temporary Restraining Order (Doc. #34). Objections to the Report were due January 27, 2014. Plaintiff did not file any objections to the Report.

The Court is charged with conducting a *de novo* review of any portion of the Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report, the Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983).

The Court has carefully reviewed the Report. For the reasons stated by the Magistrate Judge, the Report is **ACCEPTED**. Accordingly, Plaintiff's Motion for Temporary Restraining

1

Order (Doc. #34) is **DENIED**.

    **IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

February 26, 2014
Columbia, South Carolina

2